*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 30, 1997

CONNECTICUT NATIONAL BANK ET AL. *v.* LOUIS D'ONOFRIO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 199 (AC 14201/16141), is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Joseph Glass,* in support of the petition.

*Leanne M. Larson,* in opposition.

Decided September 30, 1997

WILLIAM C. MUNROE ET AL. *v.* EMHART CORPORATION ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 37 (AC 15065/15277), is denied.

*Michael S. Taylor,* in support of the petition.

*David G. Hetzel, Dennis O. Brown* and *Michael P. Thompson,* in opposition.

Decided September 30, 1997

WILLIAM C. MUNROE ET AL. *v.* EMHART CORPORATION ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 37 (AC 15065/15277), is denied.